1

2

3

4

5

6

7

8               IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10   FREDDIE L. ROBERSON,

11          Plaintiff,                      No. CIV S-07-2648 MCE EFB P

12      vs.

13   JAMES E. TILTON, et al.,

14          Defendants.              ORDER

15   _____/

16      Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations.

17   *See* 42 U.S.C. §1983.

18      To proceed with a civil action a plaintiff must pay the $350 filing fee required by 28

19   U.S.C. § 1914(a) or request leave to proceed *in forma pauperis* and submit the affidavit and trust

20   account statement required by 28 U.S.C. § 1915(a).

21      Plaintiff has neither paid the fee nor submitted a proper application for leave to proceed

22   *in forma pauperis*.

23      Accordingly, plaintiff has 30 days from the date of service of this order to submit either

24   the filing fee or the application required by § 1915(a).  The Clerk of the Court is directed to mail

25   /////

26   /////

1

1    to plaintiff a form application for leave to proceed *in forma pauperis*.  Failure to comply with

2    this order will result in a recommendation that this action be dismissed.

3        So ordered.

4    DATED:  June 12, 2008.

                                     EDMUND F. BRENNAN

                                     UNITED STATES MAGISTRATE JUDGE